# Court of Appeals
# of the State of Georgia

ATLANTA,  April 06, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1248. SASHA WILLIAMS v. CAROLE VALENTINE.**

In this civil action, defendant Sasha Williams filed the instant direct appeal from the trial court's order denying her motion for summary judgment. We lack jurisdiction.

Because this action remains pending below, the defendant was required to use the interlocutory appeal procedures — including obtaining a certificate of immediate review from the trial court — to appeal the denial of her motion for summary judgment. See OCGA §§ 5-6-34 (b) & 9-11-56 (h); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989). The defendant's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  04/06/2023

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*